[This opinion has been published in *Ohio Official Reports* at 70 Ohio St.3d 547.]

ARMSTRONG UTILITIES, INC., APPELLANT, *v*. WALDON MANAGEMENT
CORPORATION ET AL., APPELLEES.

[Cite as *Armstrong Util., Inc. v. Waldon Mgt. Corp.*, 1994-Ohio-85.]

*Public utilities—Cable television system is a communications business under R.C.
4931.11.*

(No. 93-2354—Submitted September 14, 1994—Decided October 19, 1994.)

APPEAL from the Court of Appeals for Mahoning County, No. 92 C.A. 168.

———————————

*Cohen & Grigsby, P.C.*, *Henry C. Cohen*, *Robert W. Doty* and *Laura A.
Meaden*; *Comstock Springer & Wilson* and *David C. Comstock*, for appellant.

*Johnson & Johnson* and *Eric C. Johnson*, for appellees.

———————————

{¶ 1} The judgment of the court of appeals is vacated and the cause is
remanded by the trial court for further proceedings consistent with *Cablevision of
the Midwest, Inc. v. Gross* (1994), 70 Ohio St.3d 541, 639 N.E.2d 1154, decided
today.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E.
SWEENEY, JJ., concur.

PFEIFER, J., dissents.

———————————